## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 15th day of September, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manners indicated.

### VIA U.S. MAIL

Unifirst Corp.
Brian H. Mukherjee, Esquire
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

Mary E. Augustine, Esq. (No. 4477)

600536v1